UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DENISE MONROE,

                                                                        JUDGMENT

                Plaintiff,                        17 CV 5526 (SJ) (RLM)

      v.

UNITED STATES OF AMERICA,

           Defendant.
-------------------------------------------------------------X

A Memorandum and Order of the Honorable Sterling Johnson, United States District Judge, having been filed on November 22, 2019, granting the government's motion for summary judgment; it is

ORDERED and ADJUDGED that the government's motion for summary judgment is granted; and that this case is closed.

Dated: Brooklyn, New York                                 Douglas C. Palmer
       November 25, 2019                                    Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                                 Deputy Clerk